UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARVIN GLENN HOLLIS, | Case No. CV 18-3660-JAK (PLA) |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING CASE** |
| H. ALY, et al., | |
| Defendant(s). | |

On May 11, 2018, the Court denied plaintiff's request to file this action without prepayment of the filing fee. On June 12, 2018, after denying plaintiff's Motion for reconsideration, the Court advised plaintiff that he must pay the full filing fee within 14 days of the date of that Order or the action would be dismissed. Plaintiff has failed to pay the fee, and his time to do so has passed. Accordingly, the case is now **dismissed**.

IT IS SO ORDERED.

Dated: July 9, 2018

HONORABLE JOHN A. KRONSTADT
United States District Judge

Presented by:

HONORABLE PAUL L. ABRAMS
United States Magistrate Judge